DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FRANCISCO ARELLANO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>FRANCISCO ARELLANO-RODRIGUEZ<br>         Defendants.<br>_____ | ) No. CRS 10-0390 EJG<br>)<br>)<br>) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE, AND<br>) EXCLUDING TIME<br>)<br>)<br>) Date:  February 4, 2011<br>) Time:  10:00 a.m.<br>) Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the status conference scheduled for December 17, 2010, be vacated and the matter be continued to this Court's criminal calendar on February 4, 2011, at 10:00 a.m., for further status.

   This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and review of discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 4, 2011 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Dec. 17, 2010         /s/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             ARMANDO GARCIA ALEMAN

Dated: Dec. 17, 2010         /s/ Heiko Coppola
                             HEIKO COPPOLA
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Dec. 15, 2010         /s/ Edward J. Garcia
                             Hon. Edward J. Garcia
                             United States District Judge