BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-0390 EJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| FRANCISCO ARELLANO-RODRIGUEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from February 4, 2011 to March 25, 2011 at 10:00 a.m.  They stipulate that the time between February 4, 2011 and March 25, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4.  Specifically, defense counsel needs additional time to review the discovery provided by the government, consult with the defendant and to further investigate the

1

case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                        Respectfully Submitted,

                        BENJAMIN B. WAGNER
                        United States Attorney

DATE: February 3, 2011       By:   /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

DATE: February 3, 2011          /s/ Dina Santos
                                      DINA SANTOS
                                      Attorney for Defendant

**SO ORDERED.**

February 3, 2011
                                      /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
                                      Senior U.S. District Judge