BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0390 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | EXCLUDE TIME |
| FRANCISCO ARELLANO-RODRIGUEZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from March 25, 2011 to May 6, 2011 at 10:00 a.m. They stipulate that the time between March 25, 2011 and May 6, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel has requested that the government produce additional discovery and once those materials are produced,

defense counsel will needs additional time to review the new

discovery provided by the government, consult with the defendant

and to further investigate the case.   The parties stipulate and

agree that the interests of justice served by granting this

continuance outweigh the best interests of the public and the

defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: March 23, 2011          By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

DATE: March 23, 2011                 /s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant

                                    **SO ORDERED.**

DATE:   March 23, 2011

                                    /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    Senior U.S. District Judge