1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO ARELLANO-RODRIGUEZ
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. CRS 10-0390 EJG
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND ORDER VACATING
14      v.                          ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
15 FRANCISCO ARELLANO-RODRIGUEZ     )
                Defendants.         )
16                                  ) Date:  July 15, 2011
   _____) Time:  10:00 a.m.
17                                  ) Judge: Hon. Garcia

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the

22 status conference scheduled for May 6, 2011, be vacated and the matter

23 be continued to this Court's criminal calendar on July 15, 2011, at

24 10:00 a.m., for further status.

25     This continuance is requested by the defense in order to permit

26 further diligent examination of possible defenses, investigation,

27 further client consultation concerning available courses of action, and

28 to continue in negotiations with the government in an attempt to reach

1  an acceptable plea agreement.  Additionally, the prosecution has
2  advised Counsel that a batch of new discovery was recently mailed and
3  will need to be reviewed.
4      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7  ends of justice served in granting the continuance and allowing the
8  defendant further time to prepare outweigh the best interests of the
9  public and the defendant in a speedy trial.
10     The Court is advised that all counsel have conferred about this
11 request, that they have agreed to the July 15, 2011 date, and that Mr.
12 Coppola has authorized Ms. Santos to sign this stipulation on his
13 behalf.
14     **IT IS SO STIPULATED**.

16 Dated: May 4, 2011              /s/ Dina L. Santos
                                   DINA L. SANTOS
17                                 Attorney for Defendant
                                   FRANCISCO ARRELLANO-RODRIGUEZ
18
   Dated: May 4, 2011              /s/ Heiko Coppola
19                                 HEIKO COPPOLA
                                   Assistant United States Attorney
20                                 Attorney for Plaintiff

                          **O R D E R**

   **IT IS SO ORDERED**.
            By the Court,

   Dated: May 5, 2011              /s/ Edward J. Garcia
                                   Hon. Edward J. Garcia
                                   United States District Judge

Stipulation and Order              2