DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FRANCISCO ARELLANO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 10-0390 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| FRANCISCO ARELLANO-RODRIGUEZ ) | |
| Defendants. ) | |
| ) | Date:  October 14, 2011 |
| _____ ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the status conference scheduled for August 12, 2011, be vacated and the matter be continued to this Court's criminal calendar on October 14, 2011, at 10:00 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, investigation, further client consultation concerning available courses of action, and to continue in negotiations with the government in an attempt to reach

an acceptable plea agreement. More investigation is necessary and will require the defense investigator to travel to the location of the alleged marijuana gardens to measure the distance between each garden.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 14, 2011 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: August 9, 2011          /s/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               FRANCISCO ARRELLANO-RODRIGUEZ

Dated: August 9, 2011          /s/ Heiko Coppola
                               HEIKO COPPOLA
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

    By the Court,

Dated: August 10, 2011         /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               United States District Judge

Stipulation and Order                    2