1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO ARELLANO-RODRIGUEZ
6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. CRS 10-0390 EJG
                                  )
13             Plaintiff,         )
                                  ) STIPULATION AND ORDER VACATING
14    v.                          ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
15 FRANCISCO ARELLANO-RODRIGUEZ   )
               Defendants.        )
16                                ) Date:  January 27, 2012
   _____  ) Time:  10:00 a.m.
17                                ) Judge: Hon. Garcia

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the

22 status conference scheduled for December 16, 2011, be vacated and the

23 matter be continued to this Court's criminal calendar on January 27,

24 2012, at 10:00 a.m., for further status and possible change of plea.

25     This continuance is requested by the defense in order to permit

26 further diligent examination of possible defenses, and to continue in

27 negotiations with the government in an attempt to reach an acceptable

28 plea agreement. The defense has provided for the prosecution with

information to review in an attempt to reach a plea agreement.  The parties anticipate that the next court date will hopefully result in a change of plea

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 27, 2012 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: December 14, 2011        /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                FRANCISCO ARRELLANO-RODRIGUEZ

Dated: December 14, 2012        /s/ Heiko Coppola
                                HEIKO COPPOLA
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: December 15, 2011        /s/ Edward J. Garcia
                                Hon. Edward J. Garcia
                                United States District Judge

Stipulation and Order                     2