DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FRANCISCO ARELLANO-RODRIGUEZ



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,                    )  | No. CRS 10-0390 EJG |
|                             )  | |
|             Plaintiff,      )  | |
|                             )  | STIPULATION AND ORDER VACATING |
|     v.                      )  | DATE, CONTINUING CASE, AND |
|                             )  | EXCLUDING TIME |
| FRANCISCO ARELLANO-RODRIGUEZ )  | |
|             Defendants.     )  | |
|                             )  | Date:  March 9, 2012 |
| _____)  | Time:  10:00 a.m. |
|                             )  | Judge: Hon. Garcia |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the status conference scheduled for January 27, 2012, be vacated and the matter be continued to this Court's criminal calendar on March 9, 2012, at 10:00 a.m., for further status and possible change of plea.

   This continuance is requested by the defense in order to permit further diligent examination of possible defenses, continue in negotiations with the government, and continue the investigation necessary to prepare Mr. Arrelllano-Rodriguez's defense. The

1  Prosecution has provided the Defense with a proposed plea agreement.
2  Defense Counsel needs time to discuss the possible consequences of
3  accepting the proposed offer.  It should also be noted that the
4  Defendant is housed in Butte County which makes it substantially more
5  difficult to meet with the Defendant.  Additionally, a certified
6  Spanish interpreter must translate the proposed plea agreement to the
7  Defendant.

9  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
10 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
11 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
12 ends of justice served in granting the continuance and allowing the
13 defendant further time to prepare outweigh the best interests of the
14 public and the defendant in a speedy trial.
15 The Court is advised that all counsel have conferred about this
16 request, that they have agreed to the March 9, 2012 date, and that Mr.
17 Coppola has authorized Ms. Santos to sign this stipulation on his
18 behalf.
19 **IT IS SO STIPULATED**.

21 Dated: January 24, 2012           /s/ Dina L. Santos
                                    DINA L. SANTOS
22                                  Attorney for Defendant
                                    FRANCISCO ARRELLANO-RODRIGUEZ
23
   Dated: January 24, 2012           /s/ Heiko Coppola
24                                  HEIKO COPPOLA
                                    Assistant United States Attorney
25                                  Attorney for Plaintiff

**O R D E R**

27
   **IT IS SO ORDERED.**
28

Stipulation and Order              2

1              By the Court,
2
3  Dated: January 25, 2012        /s/ Edward J. Garcia
                                  Hon. Edward J. Garcia
4                                 United States District Judge