DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FRANCISCO ARELLANO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 10-0390 EJG |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER FOR COMPETENCY EXAMINATION |
| FRANCISCO ARELLANO-RODRIGUEZ | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that Dr. Patricia Perez-Arce conduct a psychological examination on Mr. Francisco Arellano-Rodriguez. Dr. Perez-Arce is fluent in Spanish and is a licensed clinical neuropsychologist. A copy of Dr. Perez-Arce's Curriculum Vitae and fee schedule are attached.

The Court is advised that all counsel have conferred about this request, that they have agreed to the psychological examination and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 26, 2012                /s/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    FRANCISCO ARELLANO-RODRIGUEZ

Dated: June 26, 2012                /s/ Heiko Coppola
                                    HEIKO COPPOLA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

O R D E R

**IT IS SO ORDERED.**

   By the Court,

Dated: July 6, 2012                 _____
                                    Hon. Edward J. Garcia
                                    United States District Judge