```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
4
5  Attorney for Defendant
   FRANCISCO ARELLANO-RODRIGUEZ
6
7
```

FILED
JUL 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CRS 10-0390 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| FRANCISCO ARELLANO-RODRIGUEZ | ) |
| Defendant. | ) |
| | ) Date: **August 24, 2012** |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the status conference scheduled for July 27, 2012, be vacated and the matter be continued to this Court's criminal calendar on August 24, 2012, at 10:00 a.m., for further status.

This continuance is requested by the defense in order to Dr. Perez-Arce time to exam Mr. Arellano-Rodriguez's competence. Mr. Arellano-Rodriguez is scheduled to be examined by Dr. Perez-Arce on July 27, 2012. The conclusions of the exam will largely determine the

next course of action in this case. The time is also need to allow the Defense to continue in negotiations with the government.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 24, 2012 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: July 25, 2012            /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                FRANCISCO ARRELLANO-RODRIGUEZ

Dated: July 25, 2012            /s/ Heiko Coppola
                                HEIKO COPPOLA
                                Assistant United States Attorney
                                Attorney for Plaintiff

O R D E R

**IT IS SO ORDERED.**

         By the Court,

Dated: July 26, 2012            _____
                                Hon. Edward J. Garcia
                                United States District Judge

Stipulation and Order                    2