```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
4
5  Attorney for Defendant
   FRANCISCO ARELLANO-RODRIGUEZ
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,     ) No. CRS 10-0390 EJG
                                 )
13         Plaintiff,            )
                                 ) STIPULATION AND ORDER VACATING
14    v.                         ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
15 FRANCISCO ARELLANO-RODRIGUEZ  )
        Defendant.               )
16                               ) Date:  Oct. 12, 2012
   _____) Time:  10:00 a.m.
17                               ) Judge: Hon. Garcia
18
```

FILED AUG 23 2011 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the status conference scheduled for August 24, 2012, be vacated and the matter be continued to this Court's criminal calendar on October 12, 2012, at 10:00 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to have Mr. Arellano-Rodriguez begin taking anti-depressant medication. Mr. Arellano-Rodriguez was found to be competent by Dr. Perez-Arce; however she did suggest that anti-depressant medication could aid Mr. Arellano-

Rodriguez. In order to get Mr. Arellano-Rodriguez on medication, the Butte County Jail has to separately examine him, and prescribe the medication. Defense Counsel has communicated this request to the Butte County Jail Staff and is awaiting a response. Assuming Mr. Arellano-Rodriguez is placed on medication immediately, a few weeks for it to take effect will be needed. Consequently, we are requesting a continuance to October 12, 2012.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 12, 2012 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Aug. 23, 2012　　　　　　　　/s/ Dina L. Santos
　　　　　　　　　　　　　　　　　　DINA L. SANTOS
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　FRANCISCO ARRELLANO-RODRIGUEZ

Dated: Aug. 23, 2012　　　　　　　　/s/ Heiko Coppola
　　　　　　　　　　　　　　　　　　HEIKO COPPOLA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Aug. **23**, 2012

_____
Hon. Edward J. Garcia
United States District Judge