

FILED

OCT 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00390-EJG |
| Plaintiff, | **ORDER FINDING THE DEFENDANT MENTALLY INCOMPETENT TO STAND TRIAL UNDER 21 U.S.C. § 4241(d) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL** |
| v. | |
| FRANCISCO ARELLANO-RODRIGUEZ, | |
| Defendant. | |

### ORDER

This matter is before the Court on the joint motion of the United States and the defendant for a hearing to determine the mental competency of the defendant pursuant to 18 U.S.C. § 4241(a). On June 28, 2012, the parties stipulated that the defendant undergo a psychological examination conducted by Dr. Patricia Perez-Arce. (Doc. 29.) The Court signed the stipulation on July 7, 2012. (Doc. 30.) Dr. Perez-Arce conducted the psychological examination on July 27, 2012, and submitted a written report to the parties on August 8, 2012. The parties subsequently submitted Dr. Perez-Arce's report to the Court for review. The parties appeared before the Court

regarding this matter on October 12, October 19, and October 26, 2012. (Docs. 37, 38.)

Upon consideration of the August 8, 2012 Neuropsychological Evaluation prepared by Dr. Perez-Arce and the hearings held on October 12, October 19, and October 26, 2012; pursuant to 18 U.S.C. § 4241(d), the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the Court hereby **ORDERS** that:

(1) the defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

(2) the director of such facility shall submit a report regarding the defendant's competency to counsel and the Court by January 31, 2013;

(3) time is excluded from October 26, 2012, through February 15, 2013, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(4) this matter is set for a status conference on February 15, 2013, at 10:00 a.m.

IT IS SO ORDERED.

10/30/12

Hon. EDWARD J. GARCIA
United States District Judge