BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00390-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | DATE, CONTINUING CASE, AND |
| v. ) | EXCLUDING TIME |
| ) | |
| FRANCISCO ARELLANO-RODRIGUEZ, ) | |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**STIPULATION**

The United States, by and through its undersigned counsel, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Hearing on July 15, 2013.
2. By this Stipulation, the parties now move to continue the status conference until August 19, 2013, at 9:30 a.m. and to exclude time between July 15, 2013, and August 19, 2013, under Local Codes A, N, and T4.

3. The parties and agree and stipulate, and request that the Court find the following:

   a. On February 22, 2013, the Court ordered that the defendant be committed to the custody of the Attorney General for treatment and competency evaluation. On this date, the Court set this matter for a Status Conference on July 15, 2013.

   b. On April 1, 2013, the Court was informed by FCC Butner Complex Warden Craig Apker that the Bureau of Prisons would not be able to complete treatment and evaluation of the defendant until July 23, 2013. Warden Apker anticipated providing a competency report to the parties and the Court within 14 days of the end of the treatment period.

   c. The parties request that the Court continue the Status Conference until August 19, 2013, to allow the Bureau of Prisons sufficient time to complete the competency evaluation of the defendant and allow the parties sufficient time to review the competency report before the next appearance.

   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of July 15, 2013, to August 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results

      from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Further, this time period is also excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A] and 18 U.S.C. § 3161(h)(4) [Local Code N].

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: July 12, 2013      /s/ Justin L. Lee
      JUSTIN L. LEE
      Assistant U.S. Attorney

Dated: July 12, 2013      /s/ Dina L. Santos
      DINA L. SANTOS
      Attorney for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE