BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00390-WBS |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| FRANCISCO ARELLANO-RODRIGUEZ, | Judge: Hon. William B. Shubb |
| Defendant. | Date:  January 6, 2014 |
| | Time:  9:30 a.m. |

**STIPULATION**

The United States, by and through its undersigned counsel, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous Order, this matter was set for a Status Hearing on January 6, 2014.
2. By this Stipulation, the parties now move to continue the Status Hearing until February 24, 2014, at 9:30 a.m. and to exclude time between January 6, 2014, and February 24, 2014, under Local Code T4.

///

Stipulation to Continue               1      United States v. Arellano-Rodriguez

3. The parties and agree and stipulate, and request that the Court find the following:
   a. The United States has provided discovery to the defendant.
   b. Counsel for the defendant needs additional time to review discovery, meet with the defendant, and discuss potential resolution and sentencing mitigation with the United States.
   c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
   d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of January 6, 2014, to February 24, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: January 3, 2014        /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

Dated: January 3, 2014        /s/ Clemente Jimenez
                              CLEMENTE JIMENEZ
                              Attorney for Defendant

**ORDER**

   IT IS SO FOUND AND ORDERED.

Dated:   January 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE