CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Francisco Arellano-Rodriguez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO ARELLANO-RODRIGUEZ,<br><br>    Defendant. | Cas No.: 10-390 WBS<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>Date:   March 24, 2014<br>Time:   9:30 a.m.<br>Court:  Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for FRANCISCO ARELLANO-RODRIGUEZ, that the status conference currently scheduled for March 24, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on March 31, 2014, at 9:30 a.m. for further status conference and possible change of plea.  The government has recently provided the defense with a revised plea agreement, which counsel will require additional time to review with Mr. Arellano-Rodriguez.

   IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, 2) time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from

computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      March 20, 2014          /S/     Justin Lee_____
JUSTIN LEE
Attorney for Plaintiff

/S/     Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Francisco Arellano-Rodriguez

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 24, 2014, at 9:30 a.m., be vacated and the matter continued to March 31, 2014, at 9:30 a.m.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  March 21, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE